■ PURSUIT CAPITAL MANAGEMENT, LLC, Petitioner, v CLARIDGE ASSOCIATES, LLC, et al., Appellants. NORTHEAST CAPITAL MANAGEMENT, LLC, Nonparty Respondent. [24 NYS3d 905]— Order, Supreme Court, New York County (Joan M. Kenney, J.), entered on or about November 19, 2014, which, to the extent appealed from as limited by the briefs, denied respondents-appellants' (respondents') motion to hold nonparty respondent Northeast Capital Management, LLC and related nonparties in contempt, unanimously affirmed, with costs.

The motion court providently exercised its discretion in denying respondents' motion to hold Northeast in contempt of an order entered September 13, 2013, which the motion court had already determined did not apply to Northeast (*see e.g. El-Dehdan v El-Dehdan*, 26 NY3d 19, 28-29 [2015]; *Miller v Icon Group LLC*, 107 AD3d 585, 585 [1st Dept 2013]). The motion court, in denying the motion for contempt, did not effectively vacate the September 13, 2013 order.

We have considered respondents' remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., Friedman, Sweeny and Manzanet-Daniels, JJ. ■